## AFFIDAVIT

I, Kevin Calderon Rodriguez, a Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), San Juan, Puerto Rico, assigned to the Public Safety Group (PSG), otherwise known as the Gangs Unit, and have been employed since April 2025. I am an investigative or law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. As a Special Agent, my responsibilities include conducting investigations of the alleged manufacture, distribution and possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, firearm's violations, and other related offenses.

2. I am a Graduate of The Homeland Security Investigations Special Agent Training (HSISAT), as well as The Criminal Investigator Training Program (CITP), at the Federal Law Enforcement Training Center in Charleston, South Carolina. During my time in those two programs, I received training in conducting investigations related to firearms violations and narcotics smuggling, which includes interdiction and distribution activities where investigations commonly conducted are related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code (USC). In addition, I also received training in investigations of crimes involving the importation and distribution of narcotics, conducting search warrants,

basic investigative procedures, among others. Prior to becoming a Special Agent with HSI, your affiant was a Special Agent with the United States Secret Service, employed from August 2022 to March of 2025. Prior to becoming a Special Agent with the Secret Service, I was a Police Officer with the Defense Intelligence Agency for approximately 6 years.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause justifying the issuance of an arrest warrant, I have not included details of every aspect of this investigation.  I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

4. The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal, state, and local law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint charging REYES Almonte with violating 18 U.S.C. Sections 371 and 922(a)(1) – firearms trafficking conspiracy, I have set forth only the facts that I believe are necessary to establish probable cause to support this criminal complaint.

### Facts In Support of Probable Cause For Criminal Complaint

5. On September 28, 2025, at approximately 2:40 am, Puerto Rico Police Bureau (PRPB) agents stopped to assist a vehicle (gray 2017 Nissan Rogue), which was parked in the middle of the road with all the doors opened. The vehicle was located at Calle Dr. Luis Izquierdo Mora in front of the establishment known as El Canasto del Caribe. PRPB agents approached the vehicle to verify if the passenger's needed assistance. Upon approach, one

officer noticed a firearm on the passenger floorboard. At this point, the driver was asked to step out of the vehicle when one of the officers notices another firearm located next to the driver's seat in an open fanny pack. The front passenger and one back-seat occupant were asked to exit the vehicle. After verifying and confirming that the individuals did not have an active gun permit, PRPB arrested all three individuals and transported them to the PRPB Rio Piedras precinct. The driver was later identified as Cristhofer REYES Almonte.

6. During the search of the vehicle, PRPB Agent's discovered:

    a. Two firearms; one Glock 19X and Heckler & Koch P30
    b. Bulk U.S. currency
    c. Two magazines
    d. 26 rounds of 9mm ammunition
    e. Two phones belonging to REYES

7. On September 28, 2025, HSI Special Agents (SA) arrived at the PRPB Rio Piedras precinct in response to the arrest and seizure. HSI SAs conducted interviews, including of REYES.

8. HSI SAs identified themselves and advised REYES of his Miranda rights in his native Spanish language. REYES knowingly and voluntarily waived his Miranda rights by signing the waiver form.

9. During the interview, HSI SAs asked REYES about the firearms found in the vehicle, to which REYES stated that while he and two other individuals were at a bar called "Reina" he received a call from a friend asking if he could borrow the vehicle for a bit. REYES stated that they (REYES and the two individuals arrested in the vehicle) stayed at "Reina" while the friend used the vehicle. At around 1:50 am, the friend came back to "Reina." REYES stated he then departed "Reina" with the two individuals, that's when

    REYES misplaced his phone inside the vehicle, stopping in the middle of the road to search for it. He was later approached by PRPB.

10. REYES stated that the friend who borrowed the car sells firearms illegally and has done so for over four years. REYES admitted that he had assisted his friend and facilitated firearms sales at least three times and that he acted as the middleman during the exchanges.

11. During the custodial interview, REYES gave consent to search his phone, which revealed images of firearms including handguns and rifles. During REYES custodial interview, REYES stated he does not possess a federal license to sell nor deal with firearms. The phone search also revealed messages between him and other individuals coordinating the sale and purchase of the firearms seized in the vehicle in addition to other firearms referred by associates as "fulete". In my training and experience "fulete" is the name used by criminal individuals to refer to modified firearms. The search of the phone also revealed photos of bulk U.S. currency.

12. During the search of the phone, messages revealed that REYES' friend was trying to sell him a firearm with serial number 219-016744, as shown in an image exchanged in their WhatsApp conversation. The Heckler & Koch P30 firearm found on the passenger floorboard and seized by agents is the same as the one seen in the WhatsApp image based on serial number comparison. Reyes then sends the pictures to at least one other contact[1] offering the firearm.

---

[1] The review of the contents of the phone is ongoing. The information contained herein is based on a preliminary review.

 

13. Also, messages between REYES and other associates revealed evidence of firearms trafficking (including firearms being offered to him and him offering firearms to others) further corroborating his statements that he served as a middleman in the sale of firearms. Below are some examples of the sale and purchase transactions.






Page **6** of **7**

14. This investigation revealed that no firearms or ammunitions, including the type mentioned above, were manufactured in the Commonwealth of Puerto Rico; therefore, the aforementioned firearms or ammunition were shipped or transported through interstate or foreign commerce.

15. Based on the foregoing facts and circumstances, your affiant submits that probable cause exists to believe that Cristhofer REYES Almonte with violating 18 U.S.C. Sections 371 and 922(a)(1) – firearms trafficking conspiracy.

I declare that the foregoing is true and correct to the best of my knowledge.

**KEVIN CALDERON**
Digitally signed by KEVIN CALDERON
Date: 2025.09.29 17:47:30 -05'00'

Kevin Calderon
Special Agent
Homeland Security Investigations

Sworn to and subscribed in accordance with the requirement of Fed.R.Crim. P.4.1 by telephone at 7:07 p.m., this 29th day of September 2025

Héctor Ramos-Vega
United States Magistrate Judge
District of Puerto Rico